**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Christopher Rooks, | ) |
|     Plaintiff, | ) Case No.: 4:23-cv-00137 RLW |
| v. | ) |
| Trans Union, LLC, et al | ) |
|     Defendants. | ) |

## NOTICE OF SETTLEMENT WITH ONLY EXPERIAN

COME NOW, Plaintiff Christopher Rooks and Defendant Experian Information Solutions, Inc hereby advises this Honorable Court that a settlement in this cause has been reached and is in the process of being finalized *with only Defendant Experian.* Defendants Equifax and Trans Union are still active. Plaintiff and Experian intend to file a stipulation of dismissal with prejudice within sixty (60) days.

/s/ Matthew P. Cook

Matthew P. Cook #62815
Cook Law, LLC
2885 Sanford Ave SW #42270
Grandville, MI 49418
Phone: 314-200-5536
Email: Cookmp21@yahoo.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 15th day of February, 2024, I filed the foregoing via ECF filing, which has served all interested parties:

         /s/ Matthew P. Cook
         Matthew P. Cook