UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Christopher Rooks, | ) |
|     Plaintiff, | ) Case No.: 4:23-cv-00137 RLW |
| v. | ) |
| Trans Union, LLC, et al | ) |
|     Defendants. | ) |

## NOTICE OF SETTLEMENT WITH NCTUE AND EQUIFAX

COME NOW, Plaintiff Christopher Rooks and Defendant Equifax Information Services, LLC ( ("Equifax") and National Consumer Telecom & Utilities Exchange, Inc  ("NCTUE") hereby advises this Honorable Court that a settlement in this cause has been reached and is in the process of being finalized.  Plaintiff and Equifax/NCTUE intend to file a stipulation of dismissal with prejudice within sixty (60) days.


/s/ Matthew P. Cook

Matthew P. Cook #62815
Cook Law, LLC
2885 Sanford Ave SW #42270
Grandville, MI 49418
Phone:  314-200-5536
Email:  Cookmp21@yahoo.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of March, 2024, I filed the foregoing via ECF filing, which has served all interested parties:

                                         /s/ Matthew P. Cook
                                           Matthew P. Cook