UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Christopher Rooks, | ) |
| | ) Case No.: 4:23-cv-00137 RLW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Trans Union, LLC, et al | ) |
| Defendants. | ) |

# NOTICE OF SETTLEMENT WITH TRANS UNION, LLC

COME NOW, Plaintiff Christopher Rooks and Defendant Trans Union, LLC hereby advises this Honorable Court that a settlement in this cause has been reached and is in the process of being finalized. Plaintiff and Trans Union intend to file a stipulation of dismissal with prejudice within sixty (60) days.

/s/ Matthew P. Cook

Matthew P. Cook #62815
Cook Law, LLC
2885 Sanford Ave SW #42270
Grandville, MI 49418
Phone: 314-200-5536
Email: Cookmp21@yahoo.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 5th day of March, 2024, I filed the foregoing via ECF filing, which has served all interested parties:

            /s/ Matthew P. Cook
             Matthew P. Cook